UNITED STATES of America, Plaintiff–Appellee

v.

Julio Cesar PEREZ–GAONA, Defendant–Appellant.

No. 15–40898
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 20, 2016.

Before REAVLEY, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Julio Cesar Perez–Gaona raises an argument that is foreclosed by *United States v. Martinez–Lugo*, 782 F.3d 198,

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

204–05 (5th Cir.), *cert. denied*, —— U.S. ——, 136 S.Ct. 533, 193 L.Ed.2d 426 (2015). In *Martinez–Lugo*, 782 F.3d at 204–05, we held that an enhancement under U.S.S.G. § 2L1.2(b)(1)(A)(i) for a prior felony conviction of a drug trafficking offense is warranted regardless whether the prior conviction required proof of remuneration or commercial activity. Accordingly, the motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.